Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

UNITED STATES DISTRICT COURT

for the

Northern Distric District of New York

Division

U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Dec 26 - 2025
John M. Domurad, Clerk

Valerie Flores
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Nicholas Stephani and/or Reed Allfisch
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 1:25-cv-1824 (MAD/TWD)
(to be filled in by the Clerk's Office)

## COMPLAINT AND REQUEST FOR INJUNCTION

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Valerie Flores
   Street Address: PO Box 1110 ACP 5749
   City and County: Albany (Albany)
   State and Zip Code: NY 12201
   Telephone Number: 838-265-4961
   E-mail Address:

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 6

Defendant No. 1
  Name: Nicholas Stephani (and/or Reed Allisch)
  Job or Title (if known):
  Street Address: 5000 Memorial Dr
  City and County: Two Rivers
  State and Zip Code: WI 54241
  Telephone Number: unknown
  E-mail Address (if known): unknown

Defendant No. 2
  Name: Reed Allisch
  Job or Title (if known):
  Street Address: UW Madison employee
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question   ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 US Code § 2261(A), 18 USC § 1514(d)(1) Stalking (2022-2025), Possible harassment by his current wife & her family, sexual abuse - he would buy me alcoholic drinks to get me drunk to use me later on in the night.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Valerie Flores, is a citizen of the State of *(name)* New York.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Nicholas Stephani, is a citizen of the State of *(name)* Wisconsin. Or is a citizen of *(foreign nation)* USA/Greece.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$40K × 4 = $160K Maximum Crime Victim Compensation

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Wisconsin / Northern Illinois

B. What date and approximate time did the events giving rise to your claim(s) occur?

This has been ongoing since Summer 2002 through 2025 (I can't afford to travel much

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I met Nicholas Stephani almost 20 years ago & we were friends in 2007 & briefly were romantic again in 2010. I had not seen Nick since 2010. Nick was at an airport in June/July 2022 in Madison, WI while I was picking up a family member by the gate. Then I think it was the same year or 2023 (early in the year because I moved out of WI in 3/2023) I saw a gray Mercedes sedan go by me that had personalized WI plates that said Corina on them & then when I have been traveling through the IL/WI (≈ 3 times since early 2023) I have encountered a red Porsche sedan (Nick had a car like this in 2010) & most recently a red Porsche SUV & a silver Porsche SUV repeatedly since 2018.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The stalking & harrassment makes me feel threatened & only financial compensation & injunction against him & his family members could make the situation right again for me.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like $40k × 2 = $80k for the stalking & harrassment. I am not sure why after not seeing Nicholas Stephanie for so many years he showed up somewhere where I was. I feel threatened by these behaviors because I am not sure what would provoke this stalking behavior towards me. I do

Nick never took me to a nice restaurant for dinner, but instead would buy me drinks & treat me like a late night "booty call" & then has the nerve to stalk me years later & touched 6H & 5 maried w 2 kids FB friends 4 years ago.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/22/25

Signature of Plaintiff: Valerie Flores
Printed Name of Plaintiff: Valerie Flores

B. **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____